IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER RAY YORK                                                                PLAINTIFF

v.                                    Case No. 6:21-cv-6150

CORRECTIONAL OFFICER HENDERSON
and JOHN DOE GUARDS                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 21, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that this case be dismissed based on Plaintiff's failure to comply with the Court's Local Rules and failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge